SO ORDERED.

Dated: June 21, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
fern@poliball.com
Attorneys for DCFS TRUST

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | No. 10-04848-CGC |
|---|---|
| Keitrick Brown and Heather Brown,<br>Debtor. | Chapter 7 |
| DCFS TRUST,<br><br>Movant,<br><br>vs.<br><br>Keitrick Brown and Heather Brown, debtor; and<br>Dale D. Ulrich, Trustee,<br><br>Respondents. | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

DCFS TRUST filed its Motion for Relief from the Automatic Stay on May 26, 2010, ("the Motion").

The court finds that there were no timely written objections filed to the Motion.

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

The court further finds there is no equity in the leased property for the bankruptcy estate,

IT IS HEREBY ORDERED granting DCFS TRUST's Motion.

IT IS FURTHER ORDERED terminating the automatic stay of 11 U.S.C. Section 362(a) as it is applicable to the debtor, with respect to the following described personal property ("the leased property"):

2008 Chrysler Aspen

VIN # 1A8HX58228F104993

IT IS FURTHER ORDERED relieving DCFS TRUST from the automatic stay of 11 U.S.C. Section 362(a) as to the bankruptcy estate.

IT IS FURTHER ORDERED that DCFS TRUST may file an amended proof of claim for any deficiency balance within 30 days of disposition of the collateral or by the claims bar date, whichever is later.

DATED: _____

_____
U.S. Bankruptcy Court Judge

f:\apps\hotdocs\templates\arizona\mls lease order motion for relief from automatic stay.rtf